1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  JARED M. THEOBALD,  Case No. 19-cv-01072-HSG
8  Plaintiff,  **JUDGMENT**
9  v.
10 AMERICAN CANYON POLICE DEPT, et al.,
11
12 Defendants.
13

For the reasons set forth in the Order of Dismissal, this action is DISMISSED with prejudice. The Clerk shall enter judgment in favor of Defendants and close the file.

**IT IS SO ORDERED.**

Dated: 6/12/2019

*Haywood S. Gill Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge